UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD C. SPEARS, JR.,

                Petitioner,

-against-

WARDEN JAMESON, F.C.I. OTISVILLE,

                Respondent.

24 CIVIL 6427 (LTS)

CIVIL JUDGMENT

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 8, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge